UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY J. WADE,
      Petitioner,

vs.                       Case No.: 4:23cv508/MW/ZCB

RICKY D. DIXON,
      Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner is a Florida prisoner proceeding *pro se* in this habeas action under 28 U.S.C. § 2254. (Doc. 1). On November 28, 2023, the Court directed Petitioner to pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* (Doc. 3). The Court set a deadline for Petitioner to comply and notified him that his failure to comply would result in a recommendation of dismissal of this case. (*Id*. at 2).

Petitioner did not pay the filing fee or file an *in forma pauperis* motion by the deadline. Therefore, on January 5, 2024, the Court gave Petitioner fourteen days to show cause as to why the case should not be dismissed for his failure to comply with a Court order. (Doc. 4). The time for compliance with the show cause order has expired, and Petitioner has

not responded to the order, paid the filing fee, or filed an *in forma pauperis* motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

At Pensacola, Florida, this 29th day of January 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.