IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDY J. WADE,**

    *Petitioner*,

v.                                       Case No.: 4:23cv508-MW/ZCB

**RICKY D. DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Petitioner's objections, ECF No. 6.

On November 28, 2023, the Magistrate Judge directed Petitioner to submit payment in the amount of $5.00 or to file a complete application for leave to proceed in forma pauperis. ECF No. 3. On January 5, 2024, the Magistrate Judge ordered Petitioner to show cause why this case should not be dismissed for failure to comply with his earlier order. ECF No. 4. Now the Magistrate Judge recommends dismissal without prejudice based on Petitioner's failure to comply with an order of this Court. ECF No. 5. Petitioner objects to dismissal, asserting his family has sent the necessary payment to the Court, pursuant to the Magistrate Judge's earlier orders. *See* ECF No. 6. However, this Court has double checked the docket and there is no indication that

Petitioner has paid the $5.00 fee. Moreover, Petitioner failed to respond to the Magistrate Judge's order to show cause, regardless of whether he has paid the fee.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on February 9, 2024.**

s/Mark E. Walker
**Chief United States District Judge**